No. 257, Misc.  MONTOYA *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  Petitioner *pro se.*  *Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *John F. Kraetzer,* Deputy Attorneys General, for respondent.

No. 320, Misc.  BRYE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Sup. Ct. Fla.  Certiorari denied.  Petitioner *pro se.*  *Earl Faircloth,* Attorney General of Florida, and *John S. Burton,* Assistant Attorney General, for respondent.

No. 337, Misc.  BOLES *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.  Petitioner *pro se.*  *Waggoner Carr,* Attorney General of Texas, and *Allo B. Crow, Jr., Hawthorne Phillips, T. B. Wright* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 451, Misc.  ORTEGA *v.* THORNTON, U. S. DISTRICT JUDGE.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall* for respondent.

No. 471, Misc.  HAWKES *v.* WARDEN, MISSOURI PENITENTIARY.  Sup. Ct. Mo.  Certiorari denied.  Petitioner *pro se.*  *Norman H. Anderson,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 517, Misc.  GREEN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *James J. Laughlin* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 611, Misc.  STEVENSON *v.* ALTMAN, CLERK OF COOK COUNTY CIRCUIT COURT.  C. A. 7th Cir.  Certiorari denied.